UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNE MARIE SCHUBERT, et al.,<br><br>    Defendants. | Case No. 21-cv-09469-KAW  (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff Scott Richard Price, an inmate incarcerated at the Rio Cosumnes Correctional Center (RCCC) in Elk Grove, California, has filed a civil rights action under 42 U.S.C. § 1983 asserting constitutional violations against employees at the RCCC in Elk Grove, California.

    When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

    The acts complained of in this complaint occurred in Sacramento County, which is in the Eastern District of California. Furthermore, the three named defendants all reside in the Eastern District of California. Venue, therefore, properly lies in the Eastern District of California. *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The

1   Clerk of the Court shall terminate any pending motions and transfer the case forthwith.

3        IT IS SO ORDERED.

4   Dated: December 13, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge