UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE,<br><br>Plaintiff,<br><br>v.<br><br>ANNE MARIE SCHUBERT, et al.,<br><br>Defendants. | No. 2:21-cv-2309-JAM-EFB P<br><br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 1) and a certified copy of his inmate trust account statement (ECF No. 10). However, he has not submitted an application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a an application for leave to proceed in forma pauperis. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: February 2, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE