UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE, | No. 2:21-cv-2309-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| ANN MARIE SCHUBERT, et al., | |
| Defendants. | |

     Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On February 2, 2022, the court found that plaintiff had not submitted an application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF No. 12.  Accordingly, the court directed plaintiff to submit the required application within thirty days.  *Id.*  The court also warned plaintiff that failure to do so would result in this action being dismissed.  *Id.*  The time for acting passed and plaintiff did not submit the required application or otherwise respond to the court's order.  Therefore, on March 9, 2022, the court issued findings and recommendations to dismiss this action.  ECF No. 13.

/////

/////

/////

/////

1

Plaintiff has since filed "objections" to the findings and recommendations, wherein, he seeks an extension of time to submit an application for leave to proceed in forma pauperis. ECF No. 14. Plaintiff's request is granted to the extent that the court will hold the findings and recommendations in abeyance to allow plaintiff another opportunity to file an application for leave to proceed in forma paupers as previously directed.

Accordingly, IT IS HEREBY ORDERED that plaintiff's objections (ECF No. 14), which request an extension of time to file an application for leave to proceed in forma paupers, are granted to the extent that plaintiff shall have another thirty days within which to file an application for leave to proceed in forma paupers. Should plaintiff fail to comply with this order, the findings and recommendations will be submitted to the district judge for consideration. To assist plaintiff, the Clerk of the Court shall to send to him a form application for leave to proceed in forma paupers for use by prisoners in § 1983 actions.

Dated: March 31, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE