UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE,<br><br>Plaintiff,<br><br>v.<br><br>ANN MARIE SCHUBERT, et al.,<br><br>Defendants. | No. 2:21-cv-2309-JAM-EFB (PC)<br><br><br><br>ORDER |

This civil rights action was closed on June 7, 2022 and judgment was duly entered. ECF Nos. 16 & 17. On June 23, 2022, plaintiff filed a copy of the notice of the electronic filing of the order closing this case with handwritten notes requesting a "motion to appear in court." ECF No. 18. The court takes no action on plaintiff's filing as this case is closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: June 27, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE